Pam Bassel
**Chapter 13 Standing Trustee**
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE:  Fermin Munoz Carrizales | CASE NO: 18-43493-MXM |
| Debtor | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| Fermin Munoz Carrizales<br>4112 Caldwell Ave<br>The Colony, TX  75056 | 04/08/2020 | $2,494.00 |

/s/  Pam Bassel
Standing Chapter 13 Trustee

**NOTICE TO DEBTOR**:  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE **NOT** ENTITLED TO THESE FUNDS.

Go to http://www.txnb.uscourts.gov/unclaimed-funds for the U.S. Bankruptcy Unclaimed Funds Locator.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following named Debtor and creditor by U.S. First Class mail and served electronically on the Debtor's attorney, the United States Trustee and any other party who requested notice electronically on August 24, 2020.

/s/  Pam Bassel
Standing Chapter 13 Trustee

Fermin Munoz Carrizales
4112 Caldwell Ave
The Colony, TX  75056

Pam Bassel
Chapter 13 Standing Trustee
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:   Fermin Munoz Carrizales    CASE NO: 18-43493-MXM

Debtor

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| Fermin Munoz Carrizales<br>4112 Caldwell Ave<br>The Colony, TX  75056 | 04/08/2020 | $2,494.00 |

/s/   Pam Bassel
Standing Chapter 13 Trustee

**NOTICE TO DEBTOR**:  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE **NOT** ENTITLED TO THESE FUNDS.

Go to http://www.txnb.uscourts.gov/unclaimed-funds for the U.S. Bankruptcy Unclaimed Funds Locator.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following named Debtor and creditor by U.S. First Class mail and served electronically on the Debtor's attorney, the United States Trustee and any other party who requested notice electronically on August 24, 2020.

/s/   Pam Bassel
Standing Chapter 13 Trustee

Fermin Munoz Carrizales
4112 Caldwell Ave
The Colony, TX  75056