BTXN 127 (rev. 1/14)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Fermin Munoz Carrizales §
§
§ Case No.: 18-43493
§
Debtor(s) §
§
§

FILED
DEC 18 2020
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is a ____creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

| 1. | Name of Claimant(s) | RAL Money Finders, LLC |
|---|---|---|
| 2. | Name and Title of Authorizing Officer or Representative (*If Claimant is an individual, skip to Question No. 3*) | Sherly Clary- Managing Member, RAL Money Finders, LLC |
| 3. | Current Mailing Address | 8101 Sandy Spring Road, Suite 300 Laurel, MD 20707 |
| 4. | Telephone Number | |
| 5. | SS# *(last 4 digits only)* or EIN # | # 85-1784344 |
| 6. | Amount Being Claimed | 2494.00 |

I, Sherly Clary ,do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 12/17/2020

_____        _____
Claimant Signature                Co-Claimant Signature

Subscribed and Sworn to Before Me this  17  day of December, 2020.

Lina George Mwabuka
Notary Public
In and for the State of Maryland

My commission expires Dec 19 2023

LINA GEORGE MWABUKA
NOTARY PUBLIC
ANNE ARUNDEL COUNTY
MARYLAND
MY COMMISSION EXPIRES DECEMBER 19, 2023

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

Office of the United States Attorney
Attn: Unclaimed Funds
1100 Commerce Street, 3rd Floor
Dallas, TX 75242

Date: 12/17/20

_____
Claimant's Signature

Pam Bassel
Chapter 13 Standing Trustee
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180
Telephone: (817) 916-4710

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:  Fermin Munoz Carrizales                    CASE NO: 18-43493-MXM

        Debtor

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| Fermin Munoz Carrizales<br>4112 Caldwell Ave<br>The Colony, TX  75056 | 04/08/2020 | $2,494.00 |

/s/  Pam Bassel
Standing Chapter 13 Trustee

**NOTICE TO DEBTOR:**  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE **NOT** ENTITLED TO THESE FUNDS.

Go to http://www.txnb.uscourts.gov/unclaimed-funds for the U.S. Bankruptcy Unclaimed Funds Locator.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following named Debtor and creditor by U.S. First Class mail and served electronically on the Debtor's attorney, the United States Trustee and any other party who requested notice electronically on August 24, 2020.

/s/  Pam Bassel
Standing Chapter 13 Trustee

Fermin Munoz Carrizales
4112 Caldwell Ave
The Colony, TX  75056

## ASSIGNMENT AGREEMENT

This Assignment Agreement (the "Agreement") is entered into as of October 1, 2020 (the "Effective Date") by and between RAL Money Finders, LLC, with a principal place of business of 8101 Sandy Spring Road Suite 300, Laurel MD 20707, (the "Assignee") and Fermin Munoz Carrizales with an address of 4112 Caldwell Ave The Colony, TX 75056 (the "Assignor").

1. Assignor is/was a Debtor in the Case Number (18-43493-MXM) as filed in the UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS (the "Case"). As a Debtor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the amount of $2,494.00 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign the convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representation, and warranties herein, the parties agree as follows:

3. Assets Assigned: Assignor does hereby convey, transfer, and assign any and all rights, title, interest, and claims, including but not limited to, all statutory rights to any unclaimed funds resulting from the bankruptcy case located at:

Court: United States Bankruptcy Court Northern District of Texas
Debtor: Fermin Munoz Carrizales
Chapter: 13
Case Number: 18-43493-MXM
Unclaimed Amount: $2,494.00

4. Collection of Surplus Funds: Assignee hereby agrees to attempt within the best of its abilities to collect the unclaimed funds. If Assignee collects any unclaimed funds, Assignee shall pay Assignor the remaining balance after subtracting all service fees.

5. Fees: RAL Money Finders, LLC service fee is $450.00 from the unclaimed funds balance recovered.

6. This assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction, and shall not be deemed to create a security interest. Assignee will use its best effort to recover the greatest amount of surplus funds allowed by law. Assignee does not, however, promise that it will be able to recover the surplus funds. Assignee will act in accordance with all applicable laws.

7. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

8. Power of Attorney: To the extend necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the funds and fulfillment of Assignor's obligation(s) under this Agreement, RAL Money Finders, LLC as its attorney-in-fact.

9. This agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____  
Fermin Munoz Carrizales

Assignee: _____  
Sherly Clary – Managing Member  
RAL Money Finders, LLC



**RAL Money Finders, LLC**
*"Uniting you to the money you're owed"*

8101 Sandy Spring Road, Suite 300
Laurel, MD 20707
1-888-360-0036

# SERVICE AGREEMENT

In consideration of RAL Money Finders, LLC, having brought to my attention unclaimed funds (the "Funds") in which I, Fermin Munoz Carrizales has an interest and in consideration of the work performed and to be performed by RAL Money Finders, LLC, to gather all information regarding the Claim and process the recovery of the Funds.

I, Fermin Munoz Carrizales do hereby assign to RAL Money Finders, LLC, an amount equal to $450.00 of the net proceeds RAL Money Finders, LLC recovers on my behalf now and in the future for this one Claim only (the "Fee"). IT is further agreed that all costs and expenses involved in the recovery process shall remain with and be the responsibility of RAL MONEY FINDERS, LLC.
If no Funds are recovered, RAL Money Finders, LLC will not collect a fee.

RAL Money Finders, LLC is further authorized and directed to act as my sole and exclusive Agent to process this claim and collect any Funds due to me. I agree to execute a Limited Power of Attorney appointing RAL Money Finders, LLC as my and exclusive Agent under said Power of Attorney to pursue, process, and recover any and all unclaimed Funds related to this Claim. I also agree to promptly execute and deliver to RAL Money Finders, LLC any other documents and or information requested reasonably necessary to process the claim and recover the Funds.

This Agreement shall be interpreted in accordance with the law of the State of Maryland and in the event of any dispute regarding or breach of this Agreement, the sole and exclusive venue for the resolution of any such dispute or breach shall be in a court of competent jurisdiction in Prince George's County, Maryland.

The parties acknowledge and agree that this agreement represents the entire agreement between the Parties. In the event that the Parties desire to change, add, or otherwise modify any terms, they shall do so in writing to be signed by both parties.

The parties agree to the terms and conditions set forth above as demonstrated by their signatures as follows:

Agreed to and Accepted by:

_____  10·23·2020          _____
Fermin Munoz Carrizales     Date         Sherly Clary Managing Member
                                          RAL Money Finders, LLC

4112 Caldwell Ave                         (972) 703-3281
Address  The Colony, TX 75056             Phone

Page 1 of 1







## LIMITED LIABILITY COMPANY STATEMENT OF AUTHORITY

This Statement of Authority relates to an entity named RAL Money Finders, LLC. A limited liability company formed and organized under the laws of Maryland with a mailing address of 8101 Sandy Spring Road, Suite 300, Laurel, MD 20707 (hereinafter "the LLC").

Sherly Clary, as sole member of the LLC, has sole authority and power to act for or on behalf of the LLC, to do any act that would be binding on the company, or incur any expenditures on behalf of the company.

Sherly Clary, is authorized to collect and disburse funds on behalf of the LLC, and authorized to execute all legal documents as approved by her as being in the best interests of the LLC.

_____      _9/17/2020_____
SHERLY CLARY                          Date

## ACKNOWLEDGMENT

State of Maryland County of __Anne Arundel__, to wit: Sworn to and subscribed before me by __September__ this _17_ day of _____, 20_20_.

[Notary Seal]

_Lina George Mwabuka_
Notary Public Signature

_LINA GEORGE MWABUKA_
Name of Notary Public
My Commission Expires: _Dec 19 2023_

LINA GEORGE MWABUKA
NOTARY PUBLIC
ANNE ARUNDEL COUNTY
MARYLAND
MY COMMISSION EXPIRES DECEMBER 19, 2023

# ARTICLES OF ORGANIZATION

The undersigned, with the intention of creating a Maryland Limited Liability Company files the following Articles of Organization:

(1) The name of the Limited Liability Company is:
RAL Money Finders, LLC (W20627527)

(2) The address of the Limited Liability Company in Maryland is:
8101 Sandy Spring Road, Suite 300, Laurel, MD, 20707

(3) In order to operate in Maryland, will the registering entity require a business or industry license that is issued by the state or any other local agency?
No

(4) The Resident Agent of the Limited Liability Company in Maryland is:
Sherly Clary

whose address is:
████████, laurel, MD, 20723

(5) Signature(s) of Authorized Person(s):
sherly clary

(6) Signature(s) of Resident Agent(s):
Sherly Clary

(7) Filing party's name and return address:
Sherly Clary, ████████, Laurel, MD, 20723

I hereby consent to my designation in this document.

MARYLAND STATE DEPARTMENT OF ASSESSMENTS & TAXATION    201 WEST PRESTON STREET, BALTIMORE, MARYLAND 21201-2395
SDAT40.2


CHANGING Maryland for the Better