

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed February 1, 2021

United States Bankruptcy Judge

___

BTXN 210 (rev. 05/16)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  §
Fermin Munoz Carrizales  §  Case No.:  18−43493−mxm13
  §  Chapter No.:  13
  §
Debtor(s)  §

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The Court finds that RAL Money Finders, LLC filed an Application for Payment of Unclaimed Funds on 12/18/2020 in the amount of $$2,494.00.

The Court, after review of the application, finds:

☐ no funds are on record for the claimant

☐ no documents of proof are provided with the application

☐ insufficient documentation has been provided with the application

☐ required Form AO 213 not provided with the application

☐ the application was not served on the US Attorney

☒ Other: The provided Assignment Agreement must be notarized. Note the following required documentation: An original notarized Power of Attorney signed by the claimant on whose behalf the representative is acting.

It is therefore ORDERED that the Application for Payment of Unclaimed Funds is denied without prejudice.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 18-43493-mxm |
| Fermin Munoz Carrizales | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: bdozier | Page 1 of 2 |
| Date Rcvd: Feb 01, 2021 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

**Recip ID        Recipient Name and Address**
cr        + RAL Money Finders, LLC, 8101 Sandy Spring Road, Suite 300, Laurel, MD 20707-3596

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abbey U. Dreher | on behalf of Creditor Ditech Financial LLC ndecf@BDFGROUP.com |
| Marcus B. Leinart | on behalf of Debtor Fermin Munoz Carrizales ecf@leinartlaw.com ecfbackup@leinartlaw.com;llfecfbackup@yahoo.com |
| Marilyn D. Garner | on behalf of Creditor Five Motors  LLC mgarner@marilyndgarner.net, courtdoc@marilyndgarner.net;aibarra1@marilyndgarner.net;laker@marilyndgarner.com;garnerecfign@gmail.com;mgarner@ecf.epicsystems.com;nharden@marilyndgarner.net;bbenjamin@marilyndgarner.com |
| Melissa Linell Palo | on behalf of Creditor Lewisville ISD lisa.cockrell@lgbs.com  janell.buster@lgbs.com;michael.alvis@lgbs.com |
| Pam Bassel | fwch13cmecf@fwch13.com |

| District/off: 0539-4 | User: bdozier | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 01, 2021 | Form ID: pdf012 | Total Noticed: 1 |

Pam Bassel
    on behalf of Trustee Pam Bassel fwch13cmecf@fwch13.com

Paul K. Kim
    on behalf of Creditor Ditech Financial LLC ndecf@BDFGROUP.com

Shelly K. Terrill
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing STerrill@RASCrane.com  bkecf@padgettlawgroup.com

Tara LeDay
    on behalf of Creditor Denton County tleday@mvbalaw.com vcovington@mvbalaw.com;alocklin@mvbalaw.com;pbowers@mvbalaw.com;tleday@ecf.courtdrive.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

TOTAL: 10